**LAW OFFICES OF ALEXANDER SCHACHTEL**
**101 HUDSON STREET, STE. 2109**
**JERSEY CITY, NEW JERSEY 07302**

Alexander Schachtel, Esq.
Direct Dial: 201-925-0660
E-mail: xschachtel@gmail.com

August 26, 2025

**VIA ECF/EIFLE ONLY**
Honorable Judge Vera M. Scanlon
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

| | |
|---|---|
| Re: | Defendant Response to Deposition Letter |
| Case Caption: | **Ehde v. Brookestone Funding Inc., et. al.** |
| Docket No: | 1:24-cv-06676-NCM-VMS |
| Our Client: | Brookestone Funding Inc. |

Dear Judge Scanlon:

    We write in response to the letter motion uploaded by Plaintiff's counsel on August 22, 2025 seeking an order compelling the Defendant's deposition, extending discovery for 45 days to complete the deposition, and entering sanctions.

    Defendant was unable to participate in the deposition on the previously noticed date of August 13, 2025 because I was required to appear for a trial proceeding that day in the Superior Court of New Jersey, Hudson County, in the matter of Celestin v. Celestin, HUD-L-552-23. The trial was not anticipated to extend to August 13th, as it was originally expected to conclude the prior week on August 8th, and therefore I did not have advance notice of my unavailability.

    Plaintiff's counsel contacted my office via email on August 12, 2025, the date before the proceeding, to confirm my attendance and the Defendant's attendance at the deposition scheduled for August 13th. I informed Plaintiff's counsel immediately, by responsive email, that I could not appear for the deposition because I was required to appear for an ongoing trial in the above-referenced action the following day.

    Given this conflict, I offered immediately to work out a new date with Plaintiff's counsel to reschedule the deposition. In response, Plaintiff's counsel refused to adjourn the deposition and demanded that I appear on August 13th, even though I was actively participating in a trial. I immediately further suggested as an accommodation to Plaintiff's counsel that due to my unavailability, I would consent to an extension of the discovery deadlines to permit the rescheduling of the deposition. Plaintiff's counsel did not respond to my offer or to my repeated suggestions to him that he propose new dates to conduct the deposition. He ignored all of these communications and proceeded to file this motion.

Defendant remains willing and able to appear for its deposition at a date during the next 45 days that is convenient for all parties and counsel. Given that the Defendant's unavailability was caused by an active trial in which counsel was engaged, it is no fault of my client that they could not appear for the deposition. We therefore request that the motion for sanctions be denied and that the court enter an order compelling the parties to agree to a new date for the deposition, to be conducted within 45 days.

Attached hereto are copies of all email correspondence between myself and Plaintiff's counsel discussing the issues related above.


Respectfully Submitted,

*/s/ Alexander Schachtel*

Alexander Schachtel, Esq.



Xander Schachtel <xschachtel@gmail.com>

---

# Ehde v. Brookestone Funding Inc. - Zoom Information for Deposition

---

**Rachel Kaufman** <rachel@kaufmanpa.com>	Tue, Aug 12, 2025 at 9:55 AM
To: Xander Schachtel <xschachtel@gmail.com>
Cc: "law@stefancoleman.com" <law@stefancoleman.com>, Avi Kaufman <kaufman@kaufmanpa.com>

Hi Xander,

Please find below Zoom information for tomorrow's deposition:

Click the link below to join this meeting at the scheduled time:
https://magnals.zoom.us/j/97142777769?pwd=G6WQbDFhcGTMYaRVFw7796jx7L45VZ.1

Meeting ID: 971 4277 7769
Password: 201875

Thanks,

Rachel

Rachel E. Kaufman

(305) 773-6641

237 S Dixie Hwy, 4th Floor

Coral Gables, FL 33133

www.KaufmanPA.com



8/26/25, 9:43 PM
Gmail - Ehde v. Brookestone Funding Inc. - Zoom Information for Deposition
Case 1:24-cv-06676-NCM-VMS    Document 17    Filed 08/26/25    Page 4 of 12 PageID #: 85



Xander Schachtel <xschachtel@gmail.com>

---

# Ehde v. Brookestone Funding Inc. - Zoom Information for Deposition

---

**Xander Schachtel** <xschachtel@gmail.com>     Tue, Aug 12, 2025 at 10:17 AM
To: Rachel Kaufman <rachel@kaufmanpa.com>
Cc: "law@stefancoleman.com" <law@stefancoleman.com>, Avi Kaufman <kaufman@kaufmanpa.com>

We need to adjourn the deposition as I have an ongoing trial. Please let me know when you are available to reschedule

Alexander Schachtel Esq.
Law Office of Alexander Schachtel LLC
101 Hudson Street, Ste. 2109
Jersey City, New Jersey 07302
(p) 201-925-0660
(e) xschachtel@gmail.com

[Quoted text hidden]



Xander Schachtel <xschachtel@gmail.com>

## Ehde v. Brookestone Funding Inc. - Zoom Information for Deposition

Avi Kaufman <kaufman@kaufmanpa.com>  Tue, Aug 12, 2025 at 10:25 AM
To: Xander Schachtel <xschachtel@gmail.com>, Rachel Kaufman <rachel@kaufmanpa.com>
Cc: "law@stefancoleman.com" <law@stefancoleman.com>

No, we are not agreeing to that.

Avi R. Kaufman

(305) 469-5881

237 S Dixie Hwy, 4th Floor

Coral Gables, FL 33133

www.KaufmanPA.com



[Quoted text hidden]



Xander Schachtel <xschachtel@gmail.com>

---

## Ehde v. Brookestone Funding Inc. - Zoom Information for Deposition

---

**Xander Schachtel** <xschachtel@gmail.com>                                                    Tue, Aug 12, 2025 at 10:26 AM
To: Avi Kaufman <kaufman@kaufmanpa.com>
Cc: Rachel Kaufman <rachel@kaufmanpa.com>, "law@stefancoleman.com" <law@stefancoleman.com>

I cannot appear due a conflict with an ongoing trial, you are refusing to adjourn the deposition?

That is not reasonable

Alexander Schachtel Esq.
Law Office of Alexander Schachtel LLC
101 Hudson Street, Ste. 2109
Jersey City, New Jersey 07302
(p) 201-925-0660
(e) xschachtel@gmail.com

[Quoted text hidden]

8/26/25, 9:43 PM
Gmail - Ehde v. Brookestone Funding Inc. - Zoom Information for Deposition
Case 1:24-cv-06676-NCM-VMS    Document 17    Filed 08/26/25    Page 7 of 12 PageID #: 88



Xander Schachtel <xschachtel@gmail.com>

# Ehde v. Brookestone Funding Inc. - Zoom Information for Deposition

**Avi Kaufman** <kaufman@kaufmanpa.com>   Tue, Aug 12, 2025 at 11:20 AM
To: Xander Schachtel <xschachtel@gmail.com>
Cc: Rachel Kaufman <rachel@kaufmanpa.com>, "law@stefancoleman.com" <law@stefancoleman.com>

We noticed this deposition on July 2 and stated in that email that if there was an issue with the date to provide alternative dates. You waited until the day before the deposition to indicate that the date doesn't work—only after we sent you the zoom information. Discovery closes in ten days and Brookestone has failed to adequately participate in discovery. We will not cancel this deposition as now we do not have any other days before the discovery cut off available to reschedule it to. If Brookestone fails to appear, we will raise the issue with the court.

[Quoted text hidden]



Xander Schachtel <xschachtel@gmail.com>

## Ehde v. Brookestone Funding Inc. - Zoom Information for Deposition

**Xander Schachtel** <xschachtel@gmail.com>                                    Tue, Aug 12, 2025 at 11:22 AM
To: Avi Kaufman <kaufman@kaufmanpa.com>
Cc: Rachel Kaufman <rachel@kaufmanpa.com>, "law@stefancoleman.com" <law@stefancoleman.com>

I did not anticipate that my trial would still be going on. Why don't we request a consent extension of the discovery period?

Are you confirming that other than the deposition, you are done with discovery? You have no intention to provide more information to support your claims?

Alexander Schachtel Esq.
Law Office of Alexander Schachtel LLC
101 Hudson Street, Ste. 2109
Jersey City, New Jersey 07302
(p) 201-925-0660
(e) xschachtel@gmail.com

[Quoted text hidden]

8/26/25, 9:44 AM
Case 1:24-cv-06676-NCM-VMS    Document 17    Filed 08/26/25    Page 9 of 12 PageID #: 90
Gmail - Ehde v. Brookestone Funding Inc. - Zoom Information for Deposition



Xander Schachtel <xschachtel@gmail.com>

## Ehde v. Brookestone Funding Inc. - Zoom Information for Deposition

**Avi Kaufman** <kaufman@kaufmanpa.com>   Tue, Aug 12, 2025 at 11:25 AM
To: Xander Schachtel <xschachtel@gmail.com>
Cc: Rachel Kaufman <rachel@kaufmanpa.com>, "law@stefancoleman.com" <law@stefancoleman.com>

We don't consent to extend the discovery period. We will go forward with the deposition tomorrow.

[Quoted text hidden]



Xander Schachtel <xschachtel@gmail.com>

---

## Ehde v. Brookestone Funding Inc. - Zoom Information for Deposition

---

**Xander Schachtel** <xschachtel@gmail.com>                                    Tue, Aug 12, 2025 at 11:30 AM
To: Avi Kaufman <kaufman@kaufmanpa.com>
Cc: Rachel Kaufman <rachel@kaufmanpa.com>, "law@stefancoleman.com" <law@stefancoleman.com>

We are not able to appear tomorrow, happy to reschedule. You will be by yourself if you chose to proceed

Alexander Schachtel Esq.
Law Office of Alexander Schachtel LLC
101 Hudson Street, Ste. 2109
Jersey City, New Jersey 07302
(p) 201-925-0660
(e) xschachtel@gmail.com

[Quoted text hidden]

8/26/25, 9:44 PM
Case 1:24-cv-06676-NCM-VMS  Document 17  Filed 08/26/25  Page 11 of 12 PageID #: 92
Gmail - Ehde v. Brookestone Funding Inc. - Zoom Information for Deposition



Xander Schachtel <xschachtel@gmail.com>

# Ehde v. Brookestone Funding Inc. - Zoom Information for Deposition

**Avi Kaufman** <kaufman@kaufmanpa.com>  Wed, Aug 13, 2025 at 5:30 PM
To: Xander Schachtel <xschachtel@gmail.com>
Cc: Rachel Kaufman <rachel@kaufmanpa.com>, "law@stefancoleman.com" <law@stefancoleman.com>

Provide your availability tomorrow or Friday to confer telephonically regarding the failure to appear for today's deposition.

[Quoted text hidden]



Xander Schachtel <xschachtel@gmail.com>

## Ehde v. Brookestone Funding Inc. - Zoom Information for Deposition

**Xander Schachtel** <xschachtel@gmail.com>   Wed, Aug 13, 2025 at 5:41 PM
To: Avi Kaufman <kaufman@kaufmanpa.com>
Cc: Rachel Kaufman <rachel@kaufmanpa.com>, "law@stefancoleman.com" <law@stefancoleman.com>

   my suggestion is that you should propose 3-4 dates to reschedule the deposition during the next 45 days

   you were advised that i had a trial today and could not appear

[Quoted text hidden]
--
[Quoted text hidden]