<u>*VIA ECF*</u>
September 5, 2025

Honorable Judge Vera M. Scanlon
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>Re: ***Ehde v. Brookestone Funding, Inc.***
>**Case No. 1:24-cv-06676**
>**Joint Discovery Status Letter**

Dear Judge Scanlon:

Pursuant to this Court's August 28, 2025 Order, Plaintiff Ehde and Defendant Brookestone Funding, Inc. submit the following joint discovery status letter.

On September 3, 2025, the parties' counsel conferred telephonically.

The parties have agreed to schedule Defendant's deposition for September 19, 2025 starting at 10:00 a.m.

The parties are at an impasse regarding disputes relating to Defendant's objections to Plaintiff's requests for production, including specifically relating to requests for the production of records of all leads purchased by Defendant from the same source that Defendant purchased Plaintiff's lead from and records of telephone calls to those leads. To date, Defendant has produced records of some of the leads it purchased from that source but has not produced any records of calls to those leads. Plaintiff will be filing a letter motion to compel, which Defendant intends to oppose.

Plaintiff intends to disclose an expert, necessitating expert discovery after the close of fact discovery.

                                                Respectfully submitted,

                                                 *s/ Avi R. Kaufman*
                                                Avi R. Kaufman, Esq.

kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Attorney for Plaintiff and the putative class

*/s/ Alexander Schachtel*
Alexander Schachtel Esq.
Law Office of Alexander Schachtel LLC
101 Hudson Street, Ste. 2109
Jersey City, New Jersey 07302
(p) 201-925-0660
(e) xschachtel@gmail.com

Attorney for Defendant