*VIA ECF*
November 6, 2025

Honorable Judge Vera M. Scanlon
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Ehde v. Brookestone Funding, Inc.*
          Case No. 1:24-cv-06676
          Joint Discovery Status Letter

Dear Judge Scanlon:

      Pursuant to this Court's October 27, 2025 Order, Plaintiff Ehde and Defendant Brookestone Funding, Inc. submit the following joint discovery status letter.

      On November 4, 2025, the parties' counsel conferred telephonically.

      The parties have agreed to the production of 1 year of calling records, starting 6 months before the first call to Plaintiff and ending 6 months after the first call to Plaintiff. The parties have also agreed that any personal identifying information, other than call recipients' telephone numbers, will be redacted. Defendant anticipates producing the redacted calling records within 30 days.

                                                  Respectfully submitted,

                                         *s/ Avi R. Kaufman*
                                        Avi R. Kaufman, Esq.
                                        kaufman@kaufmanpa.com
                                        KAUFMAN P.A.
                                        237 S Dixie Hwy, Floor 4
                                        Coral Gables, FL 33133
                                        Telephone: (305) 469-5881

                                        Attorney for Plaintiff and the putative class

                                        */s/ Alexander Schachtel*
                                        Alexander Schachtel Esq.
                                        Law Office of Alexander Schachtel LLC

101 Hudson Street, Ste. 2109
Jersey City, New Jersey 07302
(p) 201-925-0660
(e) xschachtel@gmail.com

Attorney for Defendant